## ORDER

Per Curiam:

Jason J Brior appeals from the circuit court's judgment convicting him of statutory sodomy in the first degree, sexual exploitation of a minor, and possession of child pornography following a jury trial. We affirm. Rule 30.25(b).

Bond and Termination of Modifiable Maintenance, claiming that the circuit court erred in failing to apply the correct statutory rate of interest to the property equalization payments owed by Jeffrey Fulton in their dissolution of marriage case. We affirm. Rule 84.16(b).

IN the INTEREST OF: N.M. and D.M.;

**Juvenile Officer, Respondent,**

v.

**S.M. (Mother) and E.M. (Father), Appellants.**

WD 78488

Missouri Court of Appeals,
Western District.

ORDER FILED: August 25, 2015

Edward E. Moore, Kansas City, MO, for respondent.

Dana M. Outlaw, Lee's Summit, MO, for appellants.

Before Division One: Cynthia L. Martin, Presiding Judge, Joseph M. Ellis, Judge and James E. Welsh, Judge

## ORDER

Per curiam:

The parents of two children appeal a judgment terminating their parental rights, arguing that no substantial evidence was presented showing that termi-

---

**Elaina Marie FULTON, Appellant**

v.

**Jeffrey Jay FULTON, Respondent**

WD 77660

Missouri Court of Appeals,
Western District.

ORDER FILED: August 25, 2015

Robert Smith, Kansas City, MO, Counsel for Appellant

Gary Steinman, Gladstone, MO, Counsel for Respondent

David Sexton, Gladstone, MO, Co–Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Joseph M. Ellis, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Elaina Fulton appeals the circuit court's Judgment for Interest on Supersedeas